# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tanoka R. Acker,<br>*Plaintiff,*<br>v.<br>The Bank of New York Mellon, The Bank of New York as successor to JP Morgan Chase Bank, National Association , as Indentured Trustee for the registered holders of ABFS Mortgage Loan Trust 2002-2, Mortgage Backed Pass Through Certifcates, Series 2002-2 et. al., f/k/a The Bank of New York,<br>*Defendant,* | ) ) ) ) ) )  Civil Action No.  6:17-cv-00980-MGL |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Tanoka R. Acker, shall take nothing of the defendant, The Bank of New York Mellon, as to the complaint filed pursuant to 28 U.S.C. § 1345 and this action is dismissed pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, recommended dismissal of the complaint.

Date: August 30, 2017

ROBIN L. BLUME, CLERK OF COURT

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*